### No. 10-218. PPL Montana, LLC, Petitioner v. Montana.

565 U.S. 1050, 132 S. Ct. 609, 181 L. Ed. 2d 448, 2011 U.S. LEXIS 8300.

November 22, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

### No. 10-1150. Mayo Collaborative Services, dba Mayo Medical Laboratories, et al., Petitioners v. Prometheus Laboratories, Inc.

565 U.S. 1050, 132 S. Ct. 609, 181 L. Ed. 2d 448, 2011 U.S. LEXIS 8302.

November 22, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

### No. 10-1293. Federal Communications Commission, et al., Petitioners v. Fox Television Stations, Inc., et al.; and Federal Communications Commission, et al., Petitioners v. ABC, Inc., et al.

565 U.S. 1050, 132 S. Ct. 609, 181 L. Ed. 2d 448, 2011 U.S. LEXIS 8304.

November 22, 2011. Motion of respondents for divided argument granted. Justice Sotomayor took no part in the consideration or decision of this motion.

### No. 10-1399. Dana Roberts, Petitioner v. Sea-Land Services, Inc., et al.

565 U.S. 1050, 132 S. Ct. 610, 181 L. Ed. 2d 448, 2011 U.S. LEXIS 8301.

November 22, 2011. Motion of petitioner to dispense with printing the joint appendix granted.

### No. 10-8505. Sandy Williams, Petitioner v. Illinois.

565 U.S. 1050, 132 S. Ct. 610, 181 L. Ed. 2d 448, 2011 U.S. LEXIS 8303.

November 22, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.